THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY DOE, on behalf of JANE DOE, a minor**<br><br>v.<br><br>**HEMPFIELD SCHOOL DISTRICT** | CIVIL ACTION<br><br>No. 24-4368 |

## ORDER

**AND NOW**, this 29th day of September, 2025, upon consideration of the Motion to Dismiss filed by defendant Hempfield School District and the opposition thereto, it is hereby **ORDERED**:

1. The motion to dismiss and strike filed by Hempfield School District (ECF 12) is **GRANTED IN PART** and **DENIED IN PART**.

    a. The motion is granted as to Count II only under the Due Process Clause, which theory is **DISMISSED WITH PREJUDICE**.

    b. The motion is granted as to Count III only where negligent conduct in ¶¶ 156.v and 156.aa is alleged to have followed the May assault, which theories are **DISMISSED WITH PREJUDICE**.

2. The motion to dismiss and to strike is otherwise **DENIED**.

3. Defendant Hempfield School District shall file responsive pleadings by 20 days after the entry of this order.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**